# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JUAN DANIEL NAVA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1214

[April 1, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 2022CF000513 A.

Daniel Eisinger, Public Defender and Jeffrey L. Anderson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Thomas v. State,* 51 Fla. L. Weekly D83 (Fla. 4th DCA Jan. 7, 2026) (holding that a defendant's signed stipulation to certain facts precludes the claim on appeal that such a stipulation was not knowing or voluntary); *Nelson v. State,* 195 So. 2d 853 (Fla. 1967) (holding that section 790.23, Florida Statutes, is constitutional under Article I, Section 8 of the Florida Constitution); *accord Guillen v. State,* 423 So. 3d 50 (Fla. 4th DCA 2025); *see also Guzman v. State,* 350 So. 3d 72 (Fla. 4th DCA 2022) (rejecting the claim that the federal constitution requires a twelve person jury).

GROSS, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***